**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN THE BANKRUPTCY MATTER OF:

Santiago Alvarez

                                    Debtor

Chapter 13 No.     13-45058

Judge     Donald R. Cassling

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

    PLEASE TAKE NOTICE that on July 13, 2017, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

        /s/ Ross T. Brand

**Certificate of Service**

    The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. on July 13, 2017 with proper postage prepaid and on the other listed parties via ECF notification.

        /s/ Ross T. Brand
        Ross T. Brand ARDC# 6294886

Kluever and Platt, LLC
65 E. Wacker Pl., Ste. 2300
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.0916

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

## SERVICE LIST

Santiago Alvarez
205 Maricopa Lane
Hoffman Estates, IL 60169

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Karen Walin
Chicago Legal, LLC
903 Commerce Drive
Suite 165
Oak Brook, IL 60523